# CRIMINAL COVERSHEET

| | |
|---|---|
| **DEFENDANT'S NAME:** Kurt Mitchell Warren | **CASE INFORMATION:** **CR 23 0253-NAKB** |
| **JUVENILE:** No | **RELATED COMPLAINT:** No |
| **PUBLIC or SEALED:** Public | **CASE NUMBER:** |
| **SERVICE TYPE:** Warrant (Summons/ Warrant/ Notice) | |
| **ISSUE:** Yes | **County of Offense:** Kootenai |
| **INTERPRETER:** No | |
| **If YES, language:** | |

*U.S. COURTS SEP 19 2023 Rcvd____ Filed____ Time____ STEPHEN W. KENYON CLERK, DISTRICT OF IDAHO*

## CRIMINAL CHARGING INFORMATION

**CHARGING DOCUMENT:** Indictment

| | | |
|---|---|---|
| **Felony:** Yes | **Class A Misdemeanor:** No | |
| | **Class B or C Misdemeanor:** (Petty Offense) | No |

| STATUTE (Title and Section(s)) | COUNT/ FORFEITURE ALLEGATION | BRIEF DESCRIPTION | PENALTIES (Include Supervised Release and Special Assessment) |
|---|---|---|---|
| 21 U.S.C. §§ 841(a)(1) and (b)(1)(C) | ONE | Possession with Intent to Distribute Methamphetamine | Imprisonment: not more than 20 years; Fine: $1,000,000; Supervised Release: not less than 3 years; Special Assessment: $100 |
| 21 U.S.C. § 853 | CRIMINAL FORFEITURE ALLEGATION | Drug Forfeiture | Forfeiture |

Date: September 19, 2023     Assistant U.S. Attorney: ADAM M. JOHNSON
Telephone No.: (208) 667-6568