OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
For The District of Montana

Tyler P. Gilman  
Clerk of Court



Julie Hollenbeck  
Chief Deputy Clerk

October 30, 2023

Clerk, U.S. District Court
District of Idaho
6450 N. Mineral Dr.
Coeur D'alene, ID 83815

Re:  Case Number:  2:23-CR-253-AKB-1, USA vs Kurt Mitchell Warren
District of Montana Case Number: MJ-23-074-M-KLD

Dear Sir/Madam:

The above entitled case has been transferred back to your district.  Kurt Mitchell Warren appeared in our district on October 30, 2023, waived identity and was ordered released.  Kurt Mitchell Warren was ordered to report to the District of Idaho on November 7, 2023, at 9:30 a.m.

You may access electronically filed documents in this case via ECF/PACER web address: http://ecf.mtd.uscourts.gov.

Sincerely,

/s/ Sarah Nagy
Deputy Clerk,
Missoula Division