AO 466A (Rev. 12/17) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the
District of Montana

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. MJ 23-74-M-KLD |
| KURT MITCHELL WARRAN | ) | |
| | ) | Charging District's Case No. 2:23-CR-253-AKB-1 |
| *Defendant* | ) | |

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* _____
United States District Court for the District of Idaho _____.

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5) a hearing on any motion by the government for detention;

(6) request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

[X] an identity hearing ~~and production of the warrant.~~

[ ] a preliminary hearing.

[ ] a detention hearing.

[ ] an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district. I request that my
[ ] preliminary hearing and/or [ ] detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 10/26/2023

*Defendant's signature* (signed: Kurt Warran)

*Signature of defendant's attorney* (signed: John Rhodes)

John Rhodes
*Printed name of defendant's attorney*