MINUTE ENTRY for proceedings held before Magistrate Judge Kathleen L. DeSoto: Initial Appearance in Rule 5(c)(3) Proceedings as to Kurt Mitchell Warren held on 10/26/2023; AUSA Tara Elliott appeared for the govt, FD John Rhodes appeared w/ in custody defendant; Indictment/Warrant filed out of ID w/ defendant having reviewed it w/ his attorney and understanding the same; Advised of rights; Govt seeks detention and transfer back to ND; Govt advised of Brady Order; Defendant requests detention hearing here in Montana-will be set for Monday, October 30th at 2:00 p.m.; Defendant remanded to the custody of the USM pending further proceedings; Hearing commenced at 2:10 p.m. and concluded at 2:16 p.m. - FTR CERTIFICATION: A clear and complete recording of this proceeding exists as to Kurt Mitchell Warren. (Court Reporter FTR Gold) (USPO: M. Henkel), (Hearing held in Missoula) (APP) (Entered: 10/26/2023)