MINUTE ENTRY for proceedings held before Magistrate Judge Kathleen L. DeSoto: Detention Hearing as to Kurt Mitchell Warren held on 10/30/2023. AUSA Tara Elliott appeared for the govt, FD John Rhodes appeared w/ in custody defendant; Both sides gave argument; Defendant released with conditions pending further proceedings. Hearing commenced at 1:58 p.m. and concluded at 2:19 p.m. FTR CERTIFICATION: A clear and complete recording of this proceeding exists as to Kurt Mitchell Warren. (Court Reporter FTR Gold) (USPO: M. Henkel), (Hearing held in Missoula) (SGN) (Entered: 10/30/2023)