# U.S. District Court
## District of Montana (Missoula)
## CRIMINAL DOCKET FOR CASE #: 9:23-mj-00074-KLD-1

Case title: USA v. Warren

Date Filed: 10/26/2023

Date Terminated: 10/30/2023

Assigned to: Magistrate Judge Kathleen L. DeSoto

### Defendant (1)

| | |
|---|---|
| **Kurt Mitchell Warren**<br>*TERMINATED: 10/30/2023* | represented by **John Rhodes**<br>FEDERAL DEFENDERS OF MONTANA - MISSOULA<br>125 Bank Street, Suite 710<br>Missoula, MT 59802-4424<br>406-721-6749<br>Fax: 406-721-7751<br>Email: john_rhodes@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or Community Defender Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 21:841A1=MP.F Possession with Intent to Distribute Methamphetamine | |

### Plaintiff

| | | |
|---|---|---|
| USA | represented by | **Tara J. Elliott**<br>U.S. ATTORNEY'S OFFICE - MISSOULA<br>105 E. Pine, 2nd Fl.<br>PO Box 8329<br>Missoula, MT 59807<br>406-829-3326<br>Email: tara.elliott@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |

| Date Filed | # | Docket Text |
|---|---|---|
| 10/26/2023 | 1 | Rule 5 Documents Received for Defendant From Another District Arrested in Montana as to Kurt Mitchell Warren (APP) (Main Document 1 replaced on 10/26/2023) (APP). (Entered: 10/26/2023) |
| 10/26/2023 | | Arrest (Rule 5) of Kurt Mitchell Warren (APP) (Entered: 10/26/2023) |
| 10/26/2023 | | Set/Reset Deadlines/Hearings as to Kurt Mitchell Warren: Initial Appearance - Rule 5 set for 10/26/2023 at 02:00 PM in Missoula, MT before Magistrate Judge Kathleen L. DeSoto. (APP) (Entered: 10/26/2023) |
| 10/26/2023 | 2 | MINUTE ENTRY for proceedings held before Magistrate Judge Kathleen L. DeSoto: Initial Appearance in Rule 5(c)(3) Proceedings as to Kurt Mitchell Warren held on 10/26/2023; AUSA Tara Elliott appeared for the govt, FD John Rhodes appeared w/ in custody defendant; Indictment/Warrant filed out of ID w/ defendant having reviewed it w/ his attorney and understanding the same; Advised of rights; Govt seeks detention and transfer back to ND; Govt advised of Brady Order; Defendant requests detention hearing here in Montana-will be set for Monday, October 30th at 2:00 p.m.; Defendant remanded to the custody of the USM pending further proceedings; Hearing commenced at 2:10 p.m. and concluded at 2:16 p.m. - FTR CERTIFICATION: A clear and complete recording of this proceeding exists as to Kurt Mitchell Warren. (Court Reporter FTR Gold) (USPO: M. Henkel), (Hearing held in Missoula) (APP) (Entered: 10/26/2023) |
| 10/26/2023 | 3 | CJA 23 Financial Affidavit by Kurt Mitchell Warren (APP) (Entered: 10/26/2023) |
| 10/26/2023 | 4 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER John Rhodes as to Kurt Mitchell Warren. Reimbursement information: Defendant is not required to reimburse the Court. Signed by Magistrate Judge Kathleen L. DeSoto on 10/26/2023. (APP) (Entered: 10/26/2023) |
| 10/26/2023 | 5 | TEXT Order Setting as to Kurt Mitchell Warren. Detention Hearing set for 10/30/2023 at 02:00 PM in Missoula, MT before Magistrate Judge Kathleen L. DeSoto. Signed by Magistrate Judge Kathleen L. DeSoto on 10/26/2023. (APP) (Entered: 10/26/2023) |
| 10/30/2023 | 7 | MINUTE ENTRY for proceedings held before Magistrate Judge Kathleen L. DeSoto: Detention Hearing as to Kurt Mitchell Warren held on 10/30/2023. AUSA Tara Elliott appeared for the govt, FD John Rhodes appeared w/ in custody defendant; Both sides gave argument; Defendant released with conditions pending further proceedings. Hearing commenced at 1:58 p.m. and concluded at 2:19 p.m. FTR CERTIFICATION: A clear and complete recording of this proceeding exists as to Kurt Mitchell Warren. (Court Reporter FTR Gold) (USPO: M. Henkel), (Hearing held in Missoula) (SGN) (Entered: 10/30/2023) |
| 10/30/2023 | 8 | WAIVER of Rule 5(c)(3) Hearing by Kurt Mitchell Warren (SGN) (Entered: 10/30/2023) |

| | | |
|---|---|---|
| 10/30/2023 | 9 | ORDER Setting Conditions of Release as to Kurt Mitchell Warren. Signed by Magistrate Judge Kathleen L. DeSoto on 10/30/2023. (SGN) (Entered: 10/30/2023) |
| 10/30/2023 | 10 | ORDER Requiring a Defendant to Appear in the District where Charges are Pending and Transferring Bail as to Kurt Mitchell Warren. Hearing set for 11/7/23 at 9:30 a.m. in Coeur d'Alene, ID. Signed by Magistrate Judge Kathleen L. DeSoto on 10/30/2023. (SGN) (Entered: 10/30/2023) |
| 10/30/2023 | 12 | COMMITMENT TO ANOTHER DISTRICT as to Kurt Mitchell Warren. Defendant committed to the District of Idaho. Notice to other district: Using your PACER account, you may retrieve the docket sheet and any unrestricted documents and text only entries via the case number link. If you require a financial ledger please e-mail MTD_Restitution@mtd.uscourts.gov. If you require certified copies of any documents or need to request restricted documents, please send a request to InterDistrictTransfer_MTD@mtd.uscourts.gov. If you wish to designate a different email address for future transfers, send your request to InterDistrictTransfer_TXND@txnd.uscourts.gov. Signed by Magistrate Judge Kathleen L. DeSoto on 10/30/2023. (SGN) (Entered: 10/30/2023) |