JOSHUA D. HURWIT, IDAHO STATE BAR NO. 9527
UNITED STATES ATTORNEY
ADAM M. JOHNSON, IDAHO STATE BAR NO. 11805
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
6450 N. MINERAL DRIVE, SUITE 210
COEUR D'ALENE, IDAHO 83815
TELEPHONE: (208) 667-6568
FACSIMILE: (208) 667-0814

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-cr-00253-AKB |
| Plaintiff, | |
| vs. | **UNITED STATES'** |
| | **SUPPLEMENTAL DISCOVERY** |
| KURT MITCHELL WARREN, | **RESPONSE AND DEMAND FOR** |
| | **RECIPROCAL DISCOVERY** |
| Defendant. | |

The United States of America, by and through Joshua D. Hurwit, United States Attorney

for the District of Idaho, and the undersigned Assistant United States Attorney, provides the

following discovery to Defense Counsel for the above-named Defendant via U.S. File Exchange

(USAfx) on January 29, 2024:

1. Supplemental Investigative Report; Bates Nos. 0277-0286.

The United States objects to any request for discovery by the Defendant which exceeds

the requirements of Fed. R. Crim. P. 16 and 18 U.S.C. § 3500.

Pursuant to Fed. R. Crim. P. 16(b), the United States demands reciprocal discovery.

UNITED STATES' SUPPLEMENTAL DISCOVERY RESPONSE AND
DEMAND FOR RECIPROCAL DISCOVERY - 1

The United States will continue to provide discovery materials as they become available.

DATED this 29th day of January, 2024.

JOSHUA D. HURWIT
UNITED STATES ATTORNEY
By:


*s/ Adam M. Johnson*
ADAM M. JOHNSON
Assistant United States Attorney

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on January 29, 2024, the foregoing **UNITED STATES'**

**SUPPLEMENTAL DISCOVERY RESPONSE AND DEMAND FOR RECIPROCAL**

**DISCOVERY**, was electronically filed with the Clerk of the Court using the CM/ECF system

which sent a Notice of Electronic Filing to the following person(s):

| | |
|---|---|
| Justin Lonergan<br>Justin_Lonergan@fd.org | ECF Filing |

<u>*s/ Carin Crimp*</u>
Legal Assistant